UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY TANG,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>               Defendant. | Cause No. C19-2055RSL<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

This matter comes before the Court on the "Motion of Spencer Thal, Zachariah Thal, and Vanguard Law to Withdraw as Attorneys for Plaintiff." Dkt. # 29. Having reviewed the papers submitted by the parties and plaintiff's counsel, the Court finds as follows:

1. The requirements of LCR 83.2(b)(1) are satisfied, and the motion is GRANTED. Spencer Thal, Zachariah Thal, and Vanguard Law are no longer counsel of record in this matter. The Clerk of Court is directed to terminate counsel's participation in this case and to include plaintiff's address:

    1904 NW Northgate Way
    Seattle WA 98125
    (206) 778-8098
    emailboxht@gmail.com

in the docket.

ORDER GRANTING MOTION TO WITHDRAW - 1

2. Plaintiff is now proceeding pro se in this litigation. He is nevertheless expected to follow the local civil rules of this district (found at https://www.wawd.uscourts.gov/local-rules-and-orders) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 15th day of January, 2021.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2