UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY TANG,

          Plaintiff,

    v.

CITY OF SEATTLE,

          Defendant.

Cause No. C19-2055RSL

ORDER OF DISMISSAL

      This matter comes before the Court on "Plaintiff's Notice of Voluntary Dismissal of this Case." Dkt. # 37. Having reviewed the memoranda, declaration, and exhibits submitted by the parties, the motion is GRANTED and the above-captioned matter is DISMISSED without prejudice.

      Dated this 24th day of March, 2021.

                              Robert S. Lasnik
                              United States District Judge

ORDER QUASHING SUBPOENA - 1